No. 819.   ECKER ET AL. v. WESTERN PACIFIC RAILROAD CORP. ET AL.;

No. 820.   CROCKER FIRST NATIONAL BANK ET AL. v. WESTERN PACIFIC RAILROAD CORP. ET AL.;

No. 885.   WESTERN PACIFIC RAILROAD CO. v. ECKER ET AL.;

No. 989.   RECONSTRUCTION FINANCE CORPORATION v. WESTERN PACIFIC RAILROAD CORP. ET AL.; and

No. 1086.   IRVING TRUST CO., TRUSTEE, v. CROCKER FIRST NATIONAL BANK ET AL.   April 27, 1942.   Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.   *Messrs. Robert T. Swaine* and *Herbert W. Clark* for petitioners in No. 819.   *Messrs.*

*Orville W. Wood* and *Arthur A. Gammell* for petitioners in No. 820. *Mr. Frank C. Nicodemus, Jr.* for petitioner in No. 885. *Solicitor General Fahy* for petitioner in No. 989. *Messrs. Harold C. McCollom* and *Orrin G. Judd* for petitioner in No. 1086. *Messrs. Edward G. Buckland* and *William J. Kane* for the Railroad Credit Corporation; *Mr. Robert E. Coulson* for A. C. James Co.; and *Mr. M. C. Sloss* for the Western Pacific Railroad Corporation, respondents in Nos. 819, 820, 885, and 989. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* filed a memorandum on behalf of the Interstate Commerce Commission, as *amicus curiae*, in Nos. 819, 820, and 989, urging grant of the writs.